# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| RAEVEN DEBRECE D'YOUNG, *ET AL.*, § § | |
| Plaintiffs, § | CIVIL ACTION NO. 4:19-CV-00815-RWS- |
| v. § | CAN |
| § | |
| COMMISSIONER, SSA, § § | |
| Defendant. § § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation that contains proposed findings of fact and recommends that (1) the claims asserted by Plaintiff Simona Shirrelle Greene be dismissed without prejudice for lack of standing and (2) to the extent that Plaintiff Raeven Debrece D'Young asserts any claims on her own behalf, that the final decision of the Commissioner of the Social Security Administration be affirmed. Docket No. 19. Plaintiffs have acknowledged receipt of the Report and Recommendation. Docket Nos. 20, 21.

The parties have not objected to the Report and Recommendation. Because Plaintiffs filed no objections to the Report and Recommendation, they are barred from *de novo* review by the District Judge of those findings, conclusions and recommendations; and, except upon grounds of plain error, they are also barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings and the Report of the Magistrate Judge. Upon such review, the Court has determined the Report and Recommendation of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (noting that where no objections to a Magistrate Judge's Report and Recommendation are

filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.") Accordingly, it is

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Docket No. 19) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that claims asserted by Plaintiff Simona Shirrelle Greene are **DISMISSED WITHOUT PREJUDICE** for lack of standing. It is further

**ORDERED** that, to the extent that Plaintiff Raeven Debrece D'Young asserts any claims on her own behalf, the final decision of the Commissioner of the Social Security Administration is **AFFIRMED**. A final judgment will be entered in this case in accordance with this Order.

**So ORDERED and SIGNED this 16th day of March, 2023.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE